**SO ORDERED.**

Charles M. Sabo 006200
Charles M. Sabo, P.C.
4700 S. Mill Avenue, Ste. 7
Tempe, Arizona 85282
Telephone: (480) 820-5931
Fax: (480) 820-8099
e-mail: charlessabopc@earthlink.net
Attorney for Debtors

**Dated: May 24, 2010**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA**

In re:                                          )
                                                )   No.  2:09-bk-31071 CGC
JOHN C. MAAS                                     )
JUDI-ANN MAAS                                    )   Chapter 13 Proceeding
                                                )
                                                )   ORDER FOR APPROVAL
                                                )    TO LEASE A MOTOR VEHICLE
                                                )
            Debtors.                             )
_____)

       Debtors having filed their Ex Parte Motion for Accelerated Order for Approval to Lease Motor Vehicle,

       The Court having considered the  Ex Parte Motion for Accelerated Order for Approval to Lease Motor Vehicle and good cause appearing;

       IT IS ORDERED approving the lease of a motor vehicle by Debtors with a monthly payment not to exceed $400.

       DATED: _____

_____
JUDGE OF THE U.S. BANKRUPTCY COURT